William M. Samoska, Bar No. 112305
Judy A. Friedman, Bar No. 190445
Samoska & Friedman, LLP
11845 West Olympic Boulevard, Suite 665
Los Angeles, California 90064
Telephone (310) 312-8240
Facsimile (310) 312-8132

Attorneys for Defendants Khosrow Sadeghian and Masoud Entezari

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLD TOWN MALL, a California General Partnership and ESPERANZA INVESTMENTS, a California Limited Partnership,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>SANTA BARBARA BANK & TRUST, a California Corporation, as TRUSTEE under the Trust of Christian Prip, SANTA BARBARA BANK & TRUST as Executor of the Will if Anna M. Prip; SHRINERS HOSPITAL FOR CHILDREN, formerly SHRINERS' HOSPITALS FOR CRIPPLED CHILDREN, an entity, CANCER CENTER OF SANTA BARBARA, formerly CANCER FOUNDATION OF SANTA BARBARA, an entity; SANTA BARBARA COTTAGE HOSPITAL, an entity; REHABILITATION INSTITUTE AT SANTA BARBARA, an entity; SANTA BARBARA CEMETERY ASSOCIATION, an entity; MILDRED BALLERT, an individual; WILLIAM STROBEL, an individual; MARY ANN WANDEL MOSS, an individual; KHOSROW SADEGHIAN, individually, and doing business as Norvell Bass Dry Cleaners; MASOUD GHODSI, individually and doing business as Norvell Bass Dry Cleaners; MASOUD ENTEZZARI, individually and doing business as Norvell Bass Dry Cleaners; and REZA KASHEFI NADJAR, individually and doing business as Norvell Bass Dry Cleaners,<br><br>　　　　　　Defendants. | Case No. 01-05286 JFW (JWJx)<br><br>NOTICE OF DISMISSAL OF CROSS CLAIM FILED BY KHOSROW SADEGHIAN |

ANSWER OF K. SADEGHIAN

1

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to FRCP Rule 41(a), Defendant Khosrow Sadeghian does hereby dismiss his cross-claim (the "Cross-claim") filed in this action. The Cross-claim was filed, but not served, and accordingly, no party has answered.

DATED: October 1, 2002

SAMOSKA & FRIEDMAN, LLP

by _____
WILLIAM M. SAMOSKA
Attorneys for Defendant Khosrow Sadeghian and Masoud Entezari

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 11845 West Olympic Boulevard, Suite 665, Los Angeles, California 90064.

On **October 1, 2002** I served by mail the foregoing document described as:

**NOTICE OF DISMISSAL OF CROSS-CLAIM**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid addressed as follows:

Richard G. Kravetz
Scott B. Campbell
Rogers & Sheffield, LLP
427 E. Carrillo Street
Santa Barbara, California 93101
**(Counsel for Plaintiffs)**

Joel Moskowitz
Moskowitz, Brestoff, Winston & Brestoff, LLP
1880 Century Park East, Suite 350
Los Angeles, California 90067
**(Counsel for Ellie Flynn and Mildred Ballert)**

Peter A. Umoff
Alan D. Condren
Shereef Moharram
Seed, Mackall & Cole, LLP
1332 Anacapa Street, Suite 200
Santa Barbara, California 93101
**(Counsel for SBB&T)**

**SERVICE BY MAIL**:

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

Executed on October 1, 2002 at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

William M. Samoska