ENTERED ON ICMS
SEP 22 2003
CV

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**PRIORITY SEND**

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 01-5286-JFW (JWJx)                    Date: **September 19, 2003**

Title:   OLD TOWN MALL, etc., et al. -v- SANTA BARBARA BANK & TRUST

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

K. Leigh Ray                              None Present
Courtroom Deputy                          Court Reporter


**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
              None                                          None

**PROCEEDINGS:**   Order to Show Cause Re Dismissal for Lack of Prosecution

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 120 days after the complaint is filed. Fed. R. Civ. Proc. 4(m). Generally, defendants must answer the complaint within 20 days after service (60 days if the defendant is the United States). Fed. R. Civ. Proc. 12(a)(1).

In the present case, it appears that one or more of these time periods has not been met. Accordingly, the Court, on its own motion, orders plaintiff(s) to show cause in <u>writing</u> on or before October 2, 2003, why this action should not be dismissed for lack of prosecution. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of plaintiff's response.

If Plaintiff files

___   Proof(s) of service of summons and complaint on the following defendant(s):
      All defendants

___   An answer by the following defendant(s):          All defendants

___   Plaintiff's application for entry of default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure

_X_   Plaintiff's request that the clerk enter default judgment or plaintiff's motion for entry of default judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure as to Reza Kashefi Nadjan

on or before the date indicated above, the Court will consider this a satisfactory response to the Order to Show Cause.

S:\JFW\CIVIL CASES\OldTownMall\01-5286\Old Town OSC re LOP DJ Sept 19.wpd                Initials of Deputy Clerk klr
(Rev. 4/15/03)

259